UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                Chapter 11 (Subchapter V)

      PARS BRONX REALTY LLC                          Case No. 22-

              Debtor.
-----------------------------------------------------------------

      I, Pari Keyhani Shojae, duly sworn, depose and say under penalty of perjury and the laws of the United States of America, pursuant to 28 U.S.C. Section 1746 do hereby state as follows:

      I am the President and owner of Pars Bronx Realty, LLC (the "Debtor"), and as such, I am familiar with the operations, business and financial affairs of the Debtor. I submit this Affidavit in accordance with EDNY Local Bankruptcy Rules in support of the voluntary petition filed by the Debtor of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). The following is the information required by Local Bankruptcy Rule 1007-4:

## **INFORMATION REQURED BY LOCAL BANKRUPTCY RULE 1007-4**

**Local Rule 1007-4(a)(i)**

1. The Debtor is a small business within the meaning of Bankruptcy Code Section 101(51D) and has elected to file this Chapter 11 under Subchapter V.

**Local Rule 1007-4(a)(ii)**

2. The Debtor is not a single asset real estate debtor within the meaning of Bankruptcy Code Section 101(51B)

**Local Rule 1007-4(a)(iii)**

3. The Debtor operates rental buildings located at 694 Courtlandt Avenue Bronx, NY 10451 and 696 Courtlandt Avenue Bronx, NY 10451 (the "Real Property") and its books and records are located at its headquarters located at 75-27 196th Street Fresh Meadows, NY 11366. The Debtor is filing a voluntary petition under Chapter 11 of the Bankruptcy Code due to a pending foreclosure sale creditor of the Real Property. The foreclosure sale was initiated by the Debtor's primary secured creditor, Aflux LLC.

**Local Rule 1007-4(a)(iiii)**

4. This case was not originally commenced under Chapter 7 or Chapter 13 of Title 11 Of the United States Code. There is no pending bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 proceeding under Subchapter V.

1

**Local Rule 1007-4(a)(v)**

5. Not applicable

**Local Rule 1007-4(a)(vi)**

6. A list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders was filed on the docket.

**Local Rule 1007-4(a)(vii)**

7. A list containing the names and addresses of the Debtor's five (5) largest secured claims was filed on the docket of the case.

**Local Rule 1007-4(a)(viii)**

8. The Debtor's main asset is the Real Property and the main liabilities are mortgage debts to Aflux LLC as well as past due real property taxes owed and Environmental Control Board fines

**Local Rule 1007-4(a)(ix)**

9. The Debtor has no publicly traded stock or other securities

**Local Rule 1007-4(a)(x)**

10. To the best of Debtor's knowledge, none of their property is in the possession of any custodian, public officer, mortgagee, pledge, assignee or rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-4(a)(xi)**

11. 694 Courtlandt Avenue Bronx, NY 10451 and 694 Courtlandt Avenue Bronx, NY 10451. These are the buildings the Debtor owns and operates as a landlord.

**Local Rule 1007-4(a)(xii)**

12. The Debtor's main asset is buildings located at 694 Courtlandt Avenue Bronx, NY 10451 and 694 Courtlandt Avenue Bronx, NY 10451(the "Real Property") and its books and records are located at its headquarters located at 75-27 196th Street Fresh Meadows, NY 11366.

**Local Rule 1007-4(a)(xiii)**

13. The following actions or proceedings are pending concerning the Debtor

2

Aflux LLC – against – Pars Bronx Realty LLC. Index No. 709448/2021 pending in the Supreme Court of New York, County of Queens.

**Local Rule 1007-4(a)(xiv)**

14. The Debtor's senior management consists of Pari Keyhani Shojae who has been with the Debtor since its inception in 2014.

**Local Rule 1007-4(a)(xv)**

15. The Debtor's estimated monthly payroll to employees for the thirty (30) day period following the Chapter 11 is $400. The only person who is employed by the Debtor is the superintendent of the Real Property

**Local Rule 1007-4(a)(xvi)**

16. $0. The Debtor's principals do not take any salary from the business.

**Local Rule 1007-4(a)(xvii)**

17. Estimated monthly cash receipts $16,500

    Estimates monthly expenses:

    Property Taxes: $8,855
    Utilities: $3,008
    Repairs and Maintenance: $1,200
    Superintendent $416

**Local Rule 1007-4(a)(xviii)**

18. The Debtor maintains insurance on the Real Property and is getting the specifics of the policy from the broker but does not have the specifics at the present time.

**Local Rule 1007-4(a)(xix)**

19. Checking and Savings Account in the name of Pars Bronx Realty, LLC at TD Bank.

**Local Rule 1007-4(a)(xx)**

20. The Debtor had no commercial tenant in the store on the ground level for the past 2 years because of COVID-19. Now with COVID-19 winding down and restrictions ending the Debtor anticipates getting more rental income and having a tenant in the commercial space.

3



_____
Pari Keyhani Shojae
Principal and Owner of Pars Bronx Realty LLC

Sworn to before me this
5th day of April 2022

_____
Notary Public, State of New York

[Notary Seal: Supreet Kaur Parmar, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in New York County, 02PA6395789, MY COMMISSION EXPIRES 08/05/2023]