United States Bankruptcy Court
Eastern District of New York

In re:     Case No. 22-40714-ess
Pars Bronx Realty LLC     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2
Date Rcvd: Jun 23, 2023     Form ID: pdf000     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Pars Bronx Realty LLC, 75-27 196th Street, Fresh Meadows, NY 11366-1843 |
| aty | + | Andrew B. schultz, 767 Othello Avenue, Franklin Square, NY 11010-3242 |
| aty | + | Law Offices of Avrum J. Rosen, PLLC, 38 New street, Huntington, NY 11743-3463 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| br | Email/Text: info@myccorp.com | Jun 23 2023 18:20:00 | MYC & Associates, Inc, 1110 South Avenue, Suite 61, Staten Island, NY 10314 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Ian Roberts |
| cr | | Aflux LLC |
| cr | | NYCTL 2021-A Trust |
| r | | Tip Top Realty Management Corp. |
| sp | ##+ | Eric P. Mueller, Esq., 380 Lexington Ave., 17th Floor, New York, NY 10168-1799 |

TOTAL: 4 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023     Signature:     /s/Gustava Winters

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2023 | Form ID: pdf000 | Total Noticed: 4 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Alex E. Tsionis | on behalf of Trustee Charles N. Persing  CPA atsionis@ajrlawny.com, arosen@ajrlawny.com;ddobbin@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com |
| Charles N. Persing, CPA | cpersing@bederson.com  ccnp11@trustesolutions.net |
| Charles N. Persing, CPA | on behalf of Trustee Charles N. Persing  CPA cpersing@bederson.com, ccnp11@trustesolutions.net |
| Gus Michael Farinella | on behalf of Debtor Pars Bronx Realty LLC gmf@lawgmf.com firm@lawgmf.com,sp@lawgmf.com,rlg@lawgmf.com,rlgentile82@gmail.com,jemhardt@lawgmf.com,cr@lawgmf.com |
| Nickolas Karavolas | on behalf of Creditor NYCTL 2021-A Trust nkaravolas@phillipslytle.com  ddrons@phillipslytle.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Ryan L Gentile | on behalf of Debtor Pars Bronx Realty LLC rlg@lawgmf.com gmf@lawgmf.com;firm@lawgmf.com;sp@lawgmf.com;rlgentile82@gmail.com;jemhardt@lawgmf.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
In re:                                              Chapter 11 (Subchapter V)

    PARS BRONX REALTY LLC,                  Case No.: 22-40714-ess

                              Debtor.
-------------------------------------x

## ORDER SCHEDULING A HEARING ON AN EXPEDITED BASIS

        **WHEREAS**, on April 5, 2022, the Debtor filed a voluntary petition for relief under Chapter 11 Subchapter V of Title 11 of the United State Code (the "Bankruptcy Code"); and

        **WHEREAS**, on June 21, 2023, Charles N. Persing, CPA, the Subchapter V trustee (the "Trustee") of the Debtor's estate filed an application seeking, among other relief, the entry of an order scheduling an expedited hearing on the Trustee's motion for an order under sections 363(a), (b), (f) and (m) of Bankruptcy Code and Rules 2002, 6004 and 9004 of the Federal Rules of Bankruptcy Procedure: (i) authorizing the Trustee's sale of the real properties commonly known as 694 Courtlandt Avenue, Bronx, New York 10451, in the Borough of Bronx, Block: 2401, Lot 1 ("694 Courtlandt Ave") and 696 Courtlandt Avenue, Bronx, New York 10451, in the Borough of Bronx, Block: 2401, Lot 2 ("696 Courtlandt Ave" and 694 Courtlandt Ave, collectively, the "Properties") to the stalking horse bidder, Magnet Mgmt Development LLC (the "Stalking Horse Bidder"), or to the highest and or best offer received at an auction, free and clear of all liens, claims, encumbrances and other interests with such liens, claims, encumbrances and other interests to attach to the proceeds of the sale for good and valuable consideration, substantially in accordance with the terms and conditions set forth herein to the bidder with the highest and or best offer to be considered and approved by the Court at said hearing; (ii) approving the sale of the Properties to the Stalking Horse Bidder or other successful bidder; (iii) approving the terms and conditions for

submitting offers and bidding procedures; (iv) approving the form and manner of notice with respect to the auction hearing; and (v) granting such other and further relief as this Court deems just and proper under the circumstances (the "Application").

**NOW, THEREFORE, it is hereby**

**ORDERED**, that the Court will hold a video hearing on the Application and the relief requested therein on **June 30, 2023 at 3:00 p.m.**, before the Honorable Elizabeth S. Stong; and it is further

**ORDERED**, that the Trustee is directed to serve this Order and the Application upon which it is based via email or facsimile, or if not available by overnight delivery service, by **June 27, 2023** upon: (i) all secured creditors; (ii) all unsecured creditors who filed proofs of claim; (iii) all parties having filed a notice of appearance in this case; (iv) the Office of the United States Trustee; and (v) the Debtor and its counsel, and service of the Application in this manner shall constitute good and sufficient service and notice of the Application; and it is further

**ORDERED**, that the Trustee is directed to file proof of service by **June 28, 2023**; and it is Further

**ORDERED**, that opposition to the relief requested may be stated at the June 30 hearing; and it is further

**ORDERED**, that the hearing will be conducted virtually. Those parties wishing to appear at the hearing shall register using eCourt Appearances. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and if appropriate, the party that you represent. Please be sure to register at least one business day before your hearing. You will receive instructions on how to access the remote hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing

time, and keep your audio and video on mute until your case is called. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not have a CM/ECF account, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.



Dated: Brooklyn, New York
June 22, 2023

/s/ Elizabeth S. Stong
Elizabeth S. Stong
United States Bankruptcy Judge